**UNITED STATES DISTRCIT COURT**
**WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| DOUGLAS PELTON, | ) |
| Plaintiff, | ) ) |
| | ) Case No. 1:17-cv-00003 |
| v. | ) ) |
| JEFFERSON CAPITAL SYSTEMS LLC | ) ) |
| Defendant. | ) ) |

**DISMISSAL WITH PREJUDICE**

NOW COMES PLAINTIFF, DOUGLAS PELTON, by and through his attorney, the Law Offices of Daniel O. Myers, PLLC, and pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), voluntarily dismisses this case with prejudice.

Dated: April 14, 2017

Respectfully Submitted,

/s/
Daniel Myers
The Law Offices of Daniel O. Myers
818 Red Drive, Suite 210
Traverse City, MI  49684
Phone: (231) 943-1135
Toll Free: (800) 340-8500
dmyers@domlawoffice.com
www.domlawoffice.com